```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   2:07-CR-381-EJG
                                )
12             Plaintiff,       )   STIPULATION AND ORDER RESETTING
                                )   STATUS CONFERENCE DATE AND
13                              )   EXCLUDING TIME UNDER THE
                                )   SPEEDY TRIAL ACT
14      v.                      )
                                )
15  RIGOBERTO RODRIGUEZ-NAVARRO,)
    et al.                      )
16                              )
               Defendants.      )
17  _____)
```

18      A status conference in this case is currently set before the
19 court for Friday, October 12, 2007.  Government counsel for the
20 government will be out of town that day.  Counsel for Rodriguez-
21 Navarro is in trial before the Honorable Garland E. Burrell.
22 Counsel for Murgia-Garcia will be out of the office from October 16
23 through November 15, 2007.
24      The government has provided discovery but is in the process of
25 supplying additional materials to the defense.  The government is
26 also in the process of drafting plea offers/plea agreements for each
27 defendant.  The parties agree and stipulate that additional time is
28 needed to review discovery, consider plea offers or prepare the case

1

1  for trial if pretrial disposition is not possible.
2       The parties request and stipulate that the current status
3  conference be continued to November 30, 2007 at 10:00 a.m.
4       The parties further stipulate and request that time be excluded
5  under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), for
6  continuity of counsel and time for counsel to prepare (Local Code
7  T4) from October 12, 2007 through November 30, 2007.

                                    McGREGOR W. SCOTT
                                    United States Attorney

DATED: October 5, 2007         By   /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney


                                    /S/ Tim Zindel
                                    TIMOTHY ZINDEL
                                    Counsel for RODRIGUEZ-NAVARRO


                                    /S/ Olaf Hedburg
                                    OLAF HEDBURG
                                    Counsel for MURGIA-GARCIA

                                    /S/ John Manning
                                    JOHN MANNIING
                                    Counsel for LOPEZ-SANCHEZ

     IT IS SO ORDERED.


DATED: 10/05/07                     /s/ Edward J. Garcia
                                    HONORABLE EDWARD J. GARCIA
                                    United States District Judge

2