```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  RIGOBERTO RODRIGUEZ-NAVARRO, ET AL.
```

                    IN THE UNITED STATES DISTRICT COURT

                      FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-381-EJG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| RIGOBERTO RODRIGUEZ-NAVARRO, et al., | ) | |
| | ) | Date: March 28, 2008 |
| Defendants. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America through its counsel, Mary L. Grad, Assistant United States Attorney, together with defendants RIGOBERTO RODRIGUEZ-NAVARRO, through his counsel Timothy Zindel; CAESAR LOPEZ-SANCHEZ, through his counsel John R. Manning Esq.; and CARLOS MURGIA-GARCIA, through his counsel Olaf Hedberg, Esq., that the status conference presently scheduled for March 28, 2008 may be continued to May 2, 2008, at 10:00 a.m.

   Defendants through counsel seek additional time to complete their factual investigation, obtain and review any outstanding

1 discovery, and continue negotiations with government counsel for
2 possible settlement options.  To afford time to complete remaining
3 tasks relating to the defense and to afford continuity of counsel, the
4 parties agree that the ends of justice to be served by a continuance
5 outweigh the best interests of the public and the defendants in a
6 speedy trial and that time under the Speedy Trial Act may be excluded
7 from the date of this order through May 2, 2008, pursuant to 18 U.S.C.
8 § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

9                                         Respectfully submitted,

10                                         DANIEL J. BRODERICK
                                           Federal Defender
11

12 Dated:  March 25, 2008                  /s/ T. Zindel
                                           TIMOTHY ZINDEL
13                                         Assistant Federal Defender
                                           Attorney for Defendant
14                                         RIGOBERTO RODRIGUEZ-NAVARRO

15

16 Dated:  March 25, 2008                  /s/ T. Zindel for John Manning
                                           JOHN MANNING
17                                         Attorney for Defendant
                                           CAESAR LOPEZ-SANCHEZ
18

19 Dated:  March 25, 2008                  /s/ T. Zindel for Olaf Hedberg
                                           OLAF HEDBERG
20                                         Attorney for Defendant
                                           CARLOS MURGIA-GARCIA
21

22                                         McGREGOR SCOTT
                                           United States Attorney
23

24 Dated:  March 25, 2008                  /s/ T. Zindel for Mary Grad
                                           MARY GRAD
25                                         Assistant U.S. Attorney

26

27                                  **O R D E R**

28      The status conference is continued to May 2, 2008 at 10:00 a.m.

1  For the reasons set forth above, the court finds that the ends of
2  justice to be served by a continuance outweigh the best interests of
3  the public and the defendant in a speedy trial and therefore excludes
4  time under the Speedy Trial Act through May 2, 2008.
5  IT IS SO ORDERED.
6  Dated: March 25, 2008

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge

Stip & Order/Rodriguez-Navarro      -3-