IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) Case No.  CR.S-07-0381-EJG
                                 )
              Plaintiff,         )
                                 )
     v.                          )       ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
Rigoberto Rodriguez-Navarro,     )
et al.                           )
                                 )
              Defendants.        )
_____
```

GOOD CAUSE APPEARING, it is hereby ordered that the May 2, 2008 status conference be continued to June 6, 2008 at 10:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to June 6, 2008.


IT IS SO ORDERED.

Dated:   April 30, 2008          /s/ Edward J. Garcia
                                 Edward J. Garcia
                                 Senior United States District
                                 Court Judge