```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1812 J Street, Suite 22
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  CAESAR LOPEZ-SANCHEZ
```



**FILED**

JUN  6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-07-0381 EJG |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING |
| v. | ) ) | STATUS CONFERENCE |
| Rigoberto Rodriguez Navarro, et al. | ) ) ) | |
| Defendants. | ) ) ) | Date:  6/6/08 Time:  10:00 a.m. Judge: Hon. Edward J. Garcia |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Caesar Lopez-Sanchez, John R. Manning Esq., counsel for defendant Carlos Murgia-Garcia, Olaf W. Hedberg Esq., and counsel for defendant Rigoberto Rodriguez-Navarro, Timothy Zindel Esq., that the status conference presently set for June 6, 2008 be **continued to July 11, 2008, at 10:00 a.m.,** thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time

```
 1  for effective preparation) and Local Code T4, and agree to
 2  exclude time from the date of the filing of the order until the
 3  date of the status conference, July 11, 2008.
 4
 5  IT IS SO STIPULATED.
 6  Dated: June 3, 2008              /s/ John R. Manning
                                    JOHN R. MANNING
 7                                  Attorney for Defendant
                                    Caesar Lopez-Sanchez
 8
    Dated: June 3, 2008              /s/ Olaf E. Hedberg
 9                                  OLAF W. HEDBERG
                                    Attorney for Defendant
10                                  Carlos Murgia-Garcia

11  Dated: June 3, 2008              /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
12                                  Attorney for Defendant
                                    Rigoberto Rodriguez-Navarro
13
14
    Dated: June 3, 2008             McGREGOR W. SCOTT
15                                  United States Attorney
16
                                    by:  /s/ Mary L. Grad
17                                  MARY L. GRAD
                                    Assistant U.S. Attorney
18
19
20
21
22
23
24
25
26
27
28
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-07-0381-EJG |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| Rigoberto Rodriguez-Navarro, et al. | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 6, 2008 status conference be continued to July 11, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to July 11, 2008.

IT IS SO ORDERED.

Dated:  6/6/08

Edward J. Garcia
Senior United States District
Court Judge