```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
CAESAR LOPEZ-SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-07-0381 EJG |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND |
|  | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
|  | ) |  |
| Rigoberto Rodriguez Navarro, et al. | ) |  |
|  | ) | Date:  8/22/08 |
| Defendants. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Mary L. Grad, Assistant United States Attorney, together with counsel for defendant Caesar Lopez-Sanchez, John R. Manning Esq., counsel for defendant Carlos Murgia-Garcia, Olaf W. Hedberg Esq., and counsel for defendant Rigoberto Rodriguez-Navarro, Timothy Zindel Esq., that the status conference presently set for August 22, 2008 be **continued to September 26, 2008, at 10:00 a.m.**, thus **vacating** the presently set status conference.

   Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time

1

for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, September 26, 2008.

IT IS SO STIPULATED.

Dated: August 21, 2008          /s/ John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Caesar Lopez-Sanchez

Dated: August 21, 2008          /s/ Olaf E. Hedberg
                                OLAF W. HEDBERG
                                Attorney for Defendant
                                Carlos Murgia-Garcia

Dated: August 21, 2008          /s/ Timothy Zindel
                                TIMOTHY ZINDEL
                                Attorney for Defendant
                                Rigoberto Rodriguez-Navarro

Dated: August 21, 2008          McGREGOR W. SCOTT
                                United States Attorney

                            by: /s/ Mary L. Grad
                                MARY L. GRAD
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-07-0381-EJG |
| Plaintiff, | ) |
| v. | ) ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| Rigoberto Rodriguez-Navarro, et al. | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the August 22, 2008 status conference be continued to September 26, 2008 at 10:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to September 26, 2008.

IT IS SO ORDERED.

Dated: August 21, 2008        /s/ Edward J. Garcia
                              United States District
                              Court Judge

3