1 John R. Manning
  Attorney at Law
2 Ca. St. Bar No. 220874
  1812 J Street, Suite 22
3 Sacramento, CA  95814
  Telephone:  (916) 444-3994
4
  Attorney for Defendant
5 CAESAR LOPEZ-SANCHEZ



6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,     )   CR NO. S-07-0381 EJG
                                 )
11          Plaintiff,            )   STIPULATION AND
                                 )   [PROPOSED] ORDER CONTINUING
12     v.                        )   STATUS CONFERENCE
                                 )
13 Rigoberto Rodriguez Navarro,  )
   et al.                        )
14                               )   Date:  9/26/08
            Defendants.           )   Time:  10:00 a.m.
15 _____)   Judge: Hon. Edward J. Garcia

16
        IT IS HEREBY stipulated between the United States of America
17
   through its undersigned counsel, Mary L. Grad, Assistant United
18
   States Attorney, together with counsel for defendant Caesar
19
   Lopez-Sanchez, John R. Manning Esq., counsel for defendant Carlos
20
   Murgia-Garcia, Olaf W. Hedberg Esq., and counsel for defendant
21
   Rigoberto Rodriguez-Navarro, Timothy Zindel Esq., that the status
22
   conference presently set for September 26, 2008 be **continued to**
23
   **October 24, 2008, at 10:00 a.m.,** thus **vacating** the presently set
24
   status conference.
25
        The parties stipulate that the ends of justice are served by
26
   the Court excluding such time, so that counsel for the defendant
27
   may have reasonable time necessary for effective preparation,
28

                                   1

1  taking into account the exercise of due diligence. 18 U.S.C. §
2  3161(h)(8)(B)(iv). Specifically, the requested continuance is
3  based upon more time needed for defense to review proposed plea
4  agreements, discuss the terms and conditions with defendants as
5  well as Mr. Hedburg being in trial. The parties stipulate and
6  agree that the interests of justice served by granting this
7  continuance outweigh the best interests of the public and the
8  defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

11 IT IS SO STIPULATED.

12 Dated: September 24, 2008            /s/ John R. Manning
                                        JOHN R. MANNING
13                                      Attorney for Defendant
                                        Caesar Lopez-Sanchez
14
   Dated: September 24, 2008            /s/ Olaf W. Hedberg
15                                      OLAF W. HEDBERG
                                        Attorney for Defendant
16                                      Carlos Murgia-Garcia

17 Dated: September 24, 2008            /s/ Timothy Zindel
                                        TIMOTHY ZINDEL
18                                      Attorney for Defendant
                                        Rigoberto Rodriguez-Navarro
19

20 Dated: September 24, 2008            McGREGOR W. SCOTT
21                                      United States Attorney

22
                                    by: /s/ Mary L. Grad
23                                      MARY L. GRAD
                                        Assistant U.S. Attorney

```
 1
 2                  IN THE UNITED STATES DISTRICT COURT
 3                FOR THE EASTERN DISTRICT OF CALIFORNIA
 4
 5  UNITED STATES OF AMERICA,      ) Case No.  CR.S-07-0381-EJG
                                   )
 6                  Plaintiff,     )
                                   )
 7       v.                        ) [PROPOSED] ORDER TO
                                   ) CONTINUE STATUS CONFERENCE
 8  Rigoberto Rodriguez-Navarro,   )
    et al.                         )
 9                                 )
                    Defendants.    )
10  _____
11
         GOOD CAUSE APPEARING, it is hereby ordered that the
12
    September 26, 2008 status conference be continued to October 24,
13
    2008 at 10:00 a.m.  I find that the ends of justice warrant an
14
    exclusion of time and that the defendant's need for continuity of
15
    counsel and reasonable time for effective preparation exceeds the
16
    public interest in a trial within 70 days.  THEREFORE IT IS
17
    FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. §
18
    3161(h)(8)(B)(iv) and Local Code T4 from the date of this order
19
    to October 24, 2008.
20
21
    IT IS SO ORDERED.
22
    Dated:  9/24/08                   _____
23                                    Edward J. Garcia
                                      United States District
24                                    Court Judge
25
26
27
28
```

3