1 | John R. Manning
Attorney at Law
2 | Ca. St. Bar No. 220874
1111 H Street, Suite 204
3 | Sacramento, CA  95814
Telephone:  (916) 444-3994
4 |
Attorney for Defendant
5 | CAESAR LOPEZ-SANCHEZ

6

7 |                   IN THE UNITED STATES DISTRICT COURT

8 |                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )      CR NO. S-07-381 EJG
                                )
11 |           Plaintiff,          )      STIPULATION AND
                                )      ORDER CONTINUING
12 |      v.                       )      SENTENCING
                                )
13 | CAESAR LOPEZ-SANCEHZ,          )
                                )      Date:   1/14/2009
14 |           Defendant.          )      Time:   10:00 a.m.
    _____)      Judge:  Hon. Edward J. Garcia
15

16 | The parties hereby stipulate to the following:

17 |      1.    Judgement and sentencing in this matter is presently

18 |            set for January 14, 2009.  In order to give counsel

19 |            additional time to provide materials to the probation

20 |            officer, it is hereby requested that the date for

21 |            judgement and sentencing be continued to February 27,

22 |            2009 at 10:00 a.m.

23 |      2.    The parties and United States Probation hereby request

24 |            that the court adopt the following schedule pertaining

25 |            to the presentence report:

26 |            Motion for correction of the
            presentence report:                February 13, 2009
27

28

                                     1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                    Presentence report filed with
                    Court and disclosed to counsel:     February 6, 2009

                    Counsel's written objections
                    to presentence report due:          January 30, 2009

                    Proposed presentence report
                    disclosed to counsel by:             January 16, 2009


Dated: December 30, 2008            /s/ John R. Manning
                                    JOHN R. MANNING
                                    Attorney for Defendant
                                    Caesar Lopez-Sanchez


Dated: December 30, 2008            /s/ Mary L. Grad
                                    Mary L. Grad
                                    Assistant U.S. Attorney


                                ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the date for the

judgement and sentence of defendant Caesar Lopez-Sanchez be

continued from January 14, 2009 to February 27, 2009.  The court

hereby adopts the schedule concerning the presentence report as

stipulated to by the parties and set forth herein.



DATED: January 8, 2009          /s/ Edward J. Garcia
                                UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28